UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

ALLIANZ RISK TRANSFER, MARATHON
STRUCTURED FINANCE FUND, LP, et al.          :     08 Civ. 10420 (TPG)

Plaintiffs,

– against –                                             **ORDER**

PARAMOUNT PICTURES CORPORATION,

Defendant.

------------------------------------------------------x

Defendant filed a renewed motion to dismiss the Second Amended Complaint in light of the Supreme Court's recent decision in Janus Capital Group, Inc. v. First Derivative Traders, 131 S. Ct. 2296 (2011). For the reasons discussed at the hearing held today, the motion is denied.

This order resolves the motion listed as number 45 on the docket.

SO ORDERED.

Dated: New York, New York
       January 11, 2012

_____
Thomas P. Griesa
U.S. District Judge