

# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806

www.pryorcashman.com

**James A. Janowitz**
Partner

Direct Tel: 212-326-0873
Direct Fax: 212-798-6357
jjanowitz@pryorcashman.com

January 23, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2014
```

BY HAND

The Honorable Thomas P. Griesa
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *Allianz Risk Transfer AG, et al. v. Paramount Pictures Corporation,*
> No. 08-CV-10420 (TPG)

Dear Judge Griesa:

    We are counsel to the Plaintiffs in the above-referenced action, and we write on behalf of all parties to propose a revised schedule for the Court's consideration. The final non-expert deposition has now been completed, and the parties are working to resolve all remaining fact discovery issues without Court intervention. The parties are now prepared to enter the expert phase pursuant to the following schedule, subject to the Court's approval:

- the deadline for parties to identify their experts shall be February 14, 2014;

- the deadline for the parties to serve all expert reports shall be March 15, 2014;

- the deadline for the parties to serve any rebuttal expert reports shall be April 4, 2014; and

- all expert discovery shall be completed by May 9, 2014.

    If the above is acceptable to the Court, we respectfully request that this letter be so-ordered. The parties anticipate motions for summary judgment will be made following the

# PRYOR CASHMAN LLP

The Honorable Thomas P. Griesa
January 23, 2014
Page 2

completion of expert discovery, and we will endeavor to reach agreement and propose a schedule for such motions.

Respectfully submitted,

*[signature]*

James A. Janowitz

cc: Mr. Jon Beal
    Allan J. Arffa, Esq.
    Leslie Gordon Fagen, Esq.
    Andrew J. Ehrlich, Esq.
    Patrick J. Somers, Esq.
    Richard Kendall, Esq.
    Robert Klieger, Esq.
    Phil Kelly, Esq.
    Bryan Mohler, Esq.
    (all by email attachment)

SO ORDERED:

*[signature: Thomas P. Griesa]*

_____
HON. THOMAS P. GRIESA, USDJ

1/28/14