AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| Allianz Risk Transfer AG, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:08-CV-10420 (TPG) |
| Paramount Pictures Corporation | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs

Date:   04/30/2014

*Attorney's signature*

William L. Charron (WC 1735)
*Printed name and bar number*

Pryor Cashman LLP
7 Times Square
New York, NY  10036

*Address*

wcharron@pryorcashman.com
*E-mail address*

(212) 421-4100
*Telephone number*

(212) 326-0806
*FAX number*