UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANZ RISK TRANSFER AG, MARATHON STRUCTURED FINANCE FUND, LP, NEWSTAR FINANCIAL, INC., and MUNICH RE CAPITAL MARKETS NEW YORK, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PARAMOUNT PICTURES CORPORATION,<br><br>　　　　　Defendant. | Via ECF<br><br>**MOTION FOR ADMISSION PRO HAC VICE**<br><br>No. 1:08-CV-10420 (TPG) |

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, I, Philip M. Kelly of the law firm Kendall, Brill & Klieger LLP, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Paramount Pictures Corporation in the above-captioned action.

　　　　I am a member in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:　May 19, 2014
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KENDALL BRILL & KLIEGER LLP

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Philip M. Kelly

　　　　　　　　　　　　　　　　　　　10100 Santa Monica Boulevard, Suite 1725
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90067
　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (310) 556-2700
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (310) 556-2705
　　　　　　　　　　　　　　　　　　　　　　Email: pkelly@kbkfirm.com