PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3203

WRITER'S DIRECT FACSIMILE

(212) 492-0203

WRITER'S DIRECT E-MAIL ADDRESS

aarffa@paulweiss.com

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
DAVID J. BALL
JOHN F. BAUGHMAN
LYNN B. BAYARD
DANIEL J. BELLER
CRAIG A. BENSON
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
DAVID W. BROWN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL*
JESSICA S. CAREY
JEANETTE K. CHAN
YVONNE Y. F. CHAN
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
CHARLES E. DAVIDOW
DOUGLAS R. DAVIS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
LESLIE GORDON FAGEN
MARC FALCONE
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
ROBERT D. GOLDBAUM
NEIL GOLDMAN
ERIC S. GOLDSTEIN
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
JUSTIN G. HAMILL
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S. HERMANN
ROBERT M. HIRSH
MICHELE HIRSHMAN
MICHAEL S. HONG
DAVID S. HUNTINGTON
LORETTA A. IPPOLITO
JAREN JANGHORBANI

MEREDITH J. KANE
ROBERTA A. KAPLAN
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
ALAN W. KORNBERG
DANIEL J. KRAMER
DAVID K. LAKHDHIR
STEPHEN P. LAMB*
JOHN E. LANGE
DANIEL J. LEFFELL
XIAOYU GREG LIU
JEFFREY D. MARELL
MARCO V. MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
ELIZABETH R. McCOLM
MARK F. MENDELSOHN
WILLIAM B. MICHAEL
TOBY S. MYERSON
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
MARC E. PERLMUTTER
VALERIE E. RADWANER
CARL L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JAMES H. SCHWAB
JOHN M. SCOTT
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
MARILYN SOBEL
AUDRA J. SOLOWAY
SCOTT M. SONTAG
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
MONICA K. THURMOND
DANIEL J. TOAL
LIZA M. VELAZQUEZ
MARIA T. VULLO
ALEXANDRA M. WALSH*
LAWRENCE G. WEE
THEODORE V. WELLS, JR
BETH A. WILKINSON
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
JULIA MASON WOOD
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

June 13, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 30, 2014

**By Hand**

The Honorable Thomas P. Griesa
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

*Allianz Risk Transfer AG, et al. v. Paramount Pictures Corporation,*
No. 08-CV-10420 (TPG)

Dear Judge Griesa:

    This firm represents defendant Paramount Pictures Corporation ("Paramount") in the above matter. We write to request a brief, one-week extension to the summary judgment briefing schedule set out in the Court's June 10, 2014 order (the "June 10 Order"), so that Paramount's reply papers will be due on Friday, July 25, 2014, rather than on July 18, 2014. As noted below, our request is primarily motivated by the new schedule for expert depositions that we suspect Your Honor may have been unaware of at the time of Your Honor's June 10 Order.

    In making this request, Paramount is mindful of that portion of the June 10 Order specifying that no further extensions will be granted. Nonetheless, as we explain in the enclosed letter (which we submitted to the Court yesterday) (Docket # 91), on June 6, 2014, at plaintiffs' insistence, the parties held an emergency telephonic conference before the Part I Judge, Judge Keenan. As a result of that conference, four of the expert

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Thomas P. Griesa                                                                                                  2

depositions in this matter were moved to the week of July 14-18. At the moment, under the June 10 Order, Paramount's reply papers are due on June 18, the end of that same week.

Accordingly, if its reply papers are due on July 18, Paramount would be required to prepare those papers over a two-week period starting July 3 (and therefore including the July 4 holiday weekend), while simultaneously preparing for, taking and defending four expert depositions. In addition, two of the attorneys working on this matter at our co-counsel, Kendall, Brill & Klieger, are scheduled to be on trial the week of July 14-18.

A short, one-week extension of the time for our reply papers would alleviate all of these burdens.

Particularly given that defendants will be taking 10 weeks to respond to Paramount's initial motion papers, we believe this brief extension of Paramount's reply time will not cause any prejudice to the parties or to the overall schedule of this action. We have made no prior request for an adjournment of the date for our reply papers set forth in the June 10 Order.

We requested plaintiffs' consent to this proposed adjournment. Rather than responding directly to us, plaintiffs apparently delivered late yesterday (June 12) a letter to Your Honor. We see no need to respond in detail to the various inflammatory and inaccurate statements in that letter. Instead, we note that the bulk of that letter is spent attempting (unsuccessfully, in our view) to justify plaintiffs' belated creation of new expert damages analyses after their initial damages analysis was revealed to be fatally flawed. The only relevant point is that, despite all of their ramblings, plaintiffs ultimately state that they do *not* oppose Paramount's request for an extension.

So ord.
oral ord.

For the reasons set forth above, Paramount respectfully requests a short, one-week extension until July 25 of its time to serve its reply papers on its summary judgment motion.

Respectfully submitted,

Allan J. Arffa

Approved.

Thomas P. Griesa

June 30, 2014

cc:   All counsel of record (by email)

**MEMO ENDORSED**