# EXHIBIT 9
## (FILED UNDER SEAL)

## CONFIDENTIAL – SUBJECT TO COURT ORDER