UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANZ RISK TRANSFER AG, MARATHON STRUCTURED FINANCE FUND, LP, NEWSTAR FINANCIAL, INC., and MUNICH RE CAPITAL MARKETS NEW YORK, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>PARAMOUNT PICTURES CORPORATION,<br><br>          Defendant. | No. 1:08-CV-10420 (TPG) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the Third Amended Complaint dated February 15, 2012; the accompanying Omnibus Declaration of Patrick J. Somers dated October 7, 2014, and its exhibits; the accompanying Memorandum of Law (the "Memorandum of Law") in Support of Defendant's Motion *In Limine* No. 4 To Exclude Evidence of Alleged Oral Misrepresentations Not Pleaded in the Third Amended Complaint, and all other papers and proceedings in this action, Defendant Paramount Pictures Corporation ("Paramount") will move this Court, before the Honorable Thomas P. Griesa, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 26B, New York, New York 10007, at a date and time to be determined by the Court, for an Order, pursuant to Rule 802 of the Federal Rules of Evidence, Rule 9(b) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u–4(b), precluding Plaintiffs from introducing testimony or evidence at trial regarding alleged oral misrepresentations made by Paramount.

The basis for the motion is set forth in the Memorandum of Law and other papers Paramount is submitting on this motion.

Dated:  October 7, 2014
        New York, New York

        Respectfully submitted,

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By: s/Allan J. Arffa
            Allan J. Arffa (aarffa@paulweiss.com)
            Andrew J. Ehrlich (aehrlich@paulweiss.com)
            Patrick J. Somers (psomers@paulweiss.com)

        1285 Avenue of the Americas
        New York, New York 10019
        Tel: (212) 373-3000
        Fax: (212) 757-3990

        KENDALL BRILL & KLIEGER LLP
        Richard B. Kendall (rkendall@kbkfirm.com)
        Philip M. Kelly (pkelly@kbkfirm.com)

        10100 Santa Monica Boulevard, Suite 1725
        Los Angeles, California  90067
        Tel:  (310) 556-2700
        Fax: (310) 556-2705

        *Attorneys for Defendant Paramount Pictures Corporation*