UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

ALLIANZ RISK TRANSFER, INC., et al.,

                          Plaintiffs,

             – against –

PARAMOUNT PICTURES
CORPORATION,

                          Defendant.

------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/14

08-CV-10420 (TPG)

**ORDER**

On October 14, 2014, plaintiffs filed a motion for reconsideration of this court's order, dated October 7, 2014, denying plaintiffs' motion to preclude defendant from using certain rebuttal damages documents, evidence or analysis at trial, and to preclude defendant from relying on the expert report and testimony of its damages rebuttal expert.

For the reasons discussed during today's telephone conference, plaintiffs' motion for reconsideration is denied.

This order resolves the motion listed as document number 151 in this case.

SO ORDERED

Dated: New York, New York
        October 15, 2014

Thomas P. Griesa
U.S. District Judge