

# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806

www.pryorcashman.com

**James A. Janowitz**
Partner

Direct Tel: 212-326-0873
Direct Fax: 212-798-6357
jjanowitz@pryorcashman.com

October 20, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 2 0 2014
```

**BY ECF**

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

Re:   *Allianz Risk Transfer AG, et al. v. Paramount Pictures Corporation*,
        No. 08-CV-10420 (KBF)

Dear Judge Forrest:

We represent Plaintiffs in the above-captioned action. Because some of our clients are located outside the United States and are difficult to reach, we request until 6:00 p.m. to file a letter addressing the matter of Plaintiffs' Rule 39(b) motion which was made orally during the telephone conference this afternoon.

Thank you for your consideration.

Respectfully submitted,

James A. Janowitz

cc:   Leslie G. Fagen
        Allan J. Arffa
        Richard B. Kendall
        Phil M. Kelly
        Patrick J. Somers
        William L. Charron
        Bryan T. Mohler
        (all via ECF)

Ordered
_____
Application granted.

K. B. Forrest
USDJ

10/20/14