PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

212-373-3203

WRITER'S DIRECT FACSIMILE

212-492-0203

WRITER'S DIRECT E-MAIL ADDRESS

aarffa@paulweiss.com

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
DAVID J. BALL
JOHN F. BAUGHMAN
LYNN B. BAYARD
DANIEL J. BELLER
CRAIG A. BENSON
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
DAVID W. BROWN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL*
JESSICA S. CAREY
JEANETTE K. CHAN
YVONNE Y. F. CHAN
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
CHARLES E. DAVIDOW
DOUGLAS R. DAVIS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
LESLIE GORDON FAGEN
MARC FALCONE
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
ROBERT D. GOLDBAUM
NEIL GOLDMAN
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
JUSTIN G. HAMILL
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S. HERMANN
ROBERT M. HIRSH
MICHELE HIRSHMAN
MICHAEL S. HONG
DAVID S. HUNTINGTON
LORETTA A. IPPOLITO
JAREN JANGHORBANI
MEREDITH J. KANE
ROBERTA A. KAPLAN
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
BRIAN KIM
ALAN W. KORNBERG
DANIEL J. KRAMER
DAVID K. LAKHDHIR
STEPHEN P. LAMB*
JOHN E. LANGE
DANIEL J. LEFFELL
XIAOYU GREG LIU
JEFFREY D. MARELL
MARCO V. MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
ELIZABETH R. McCOLM
MARK F. MENDELSOHN
WILLIAM B. MICHAEL
TOBY S. MYERSON
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
MARC E. PERLMUTTER
VALERIE E. RADWANER
CARL L. REISNER
LORIN L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JAMES H. SCHWAB
JOHN M. SCOTT
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
MARILYN SOBEL
AUDRA J. SOLOWAY
SCOTT M. SONTAG
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
MONICA K. THURMOND
DANIEL J. TOAL
LIZA M. VELAZQUEZ
MARIA T. VULLO
ALEXANDRA M. WALSH*
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
BETH A. WILKINSON
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
JULIA MASON WOOD
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

October 20, 2014

**By E-mail and ECF**

The Honorable Katherine B. Forrest
Daniel Patrick Moynihan United
States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Allianz Risk Transfer AG, et al.* v. *Paramount Pictures Corporation*, No. 08-CV-10420 (KBF)

Dear Judge Forrest:

This firm, together with Kendall, Brill and Kleiger LLP, represents the defendant, Paramount Pictures Corporation ("Paramount") in this action. We write briefly in response to plaintiffs' letter in support of their Rule 39(b) motion, because it fundamentally misapprehends the law in this Circuit.

As the authorities cited in our letter of earlier this afternoon make clear, the Second Circuit, for cases initially filed in federal court, has adopted a "rigid rule" prohibiting the revival of a jury trial right once waived, where that waiver, as it does here, stems from mere inadvertence. *Alvarado* v. *Santana-Lopez*, 101 F.R.D. 367, 368 (S.D.N.Y. 1984). That rule derives from Judge Friendly's opinion in *Noonan* v. *Cunard S.S. Co.*, 375 F.2d 69, 70 (2d Cir. 1970). And to be clear, in their letter plaintiffs offer no reason for their failure to assert their jury trial rights. There is no reason, then, under *Noonan*, to permit the belated jury trial demand. This should be the end of the inquiry.

What plaintiffs' letter fails to explain is that there are *two* lines of authority in this Circuit under Rule 39(b). The Court of Appeals made this clear in *Cascone* v. *Ortho Pharmaceutical Corp.*, 702 F.3d 389, 393 (2d Cir. 1983). There, the court expressly held that *Noonan* "shall continue to govern cases where it is applicable," but further held that there was more "play in the joints" for cases removed from New York Supreme Court. *Id.* The courts in the Second Circuit have shown greater solicitude for belated jury demands, and applied a multi-factor test, in cases removed from New York Supreme Court because CPLR § 4102(a) provides that a jury demand can be made at any time up to the filing of the pre-trial note of issue.

The multi-factor test cited by plaintiffs in their letter has its roots in *Higgins* v. *Boeing Co.*, 526 F.2d 1004 (2d Cir 1975), a case that was removed from New York Supreme Court, and indeed plaintiffs' own authorities—which themselves include removed cases, applying the test with its roots in *Higgins*—make that very clear. *See, e.g., Gold & Rosenblatt LLC* v. *JP Morgan Chase, N.A.*, 2012 WL 1624032, at *1 (A case removed from New York Supreme Court, in which the court rejected the "more stringent" *Noonan* standard because the case was not filed in federal court in the first instance, and held that that "[t]he Court applies a case-by-case approach in determining whether to allow a late-filed jury demand in *removed* cases" (emphasis added) (citing *Cascone*)); *see also Encarnacion* v. *Isabella Geriatric Center*, 2014 WL 4494160 (S.D.N.Y. Sept. 11, 2014) (applying multi-factor test in a case *removed* from New York Supreme Court, and noting the distinction between the two standards).

In addition, plaintiffs offer an exceedingly cramped and illogical interpretation of the Subscription Agreement. Clearly, in this suit, the plaintiffs are enforcing what they believe are their rights under the securities at issue.

For all of these reasons, and the reasons set forth in our earlier letter, plaintiffs' Rule 39(b) motion should be denied.

Respectfully submitted,

Allan J. Arffa

cc: All counsel of record (by e-mail)