```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 0 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ALLIANZ RISK TRANSFER AG,
MARATHON STRUCTURED FINANCE
FUND, LP, NEWSTAR FINANCIAL,
INC., and MUNICH RE CAPITAL
MARKETS NEW YORK, INC.,

                 Plaintiffs,          08-cv-10420 (KBF)

                 -v-                     ORDER

PARAMOUNT PICTURES
CORPORATION,

                 Defendant.
------------------------------------------------------------- X
KATHERINE B. FORREST, District Judge:

At the telephonic conference today, October 20, 2014 at 12:00 p.m.:

1. Plaintiffs orally moved for a jury trial pursuant to Federal Rule of Civil Procedure 39(b). The motion is contingent on the parties' inability to locate a jury demand prior to the commencement of trial.

2. Defendant orally moved for reconsideration of the Court's October 7, 2014 Order (ECF No. 113) denying defendant's motion for summary judgment (ECF No. 85) and plaintiffs' motion to preclude (ECF No. 102).

SO ORDERED.

Dated:     New York, New York
             October 20, 2014

                                                         _____
                                                           KATHERINE B. FORREST
                                                          United States District Judge