```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 0 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ALLIANZ RISK TRANSFER AG,                :
MARATHON STRUCTURED FINANCE :
FUND, LP, NEWSTAR FINANCIAL,          :
INC., and MUNICH RE CAPITAL            :
MARKETS NEW YORK, INC.,                  :
                                                               :
                Plaintiffs,            :         08-cv-10420 (KBF)
                                                               :
           -v-                                  :         ORDER
                                                               :
PARAMOUNT PICTURES                       :
CORPORATION,                                     :
                                                               :
                Defendant.          :
------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

       This matter shall be tried to the bench. The oral motion for a jury is denied.

       The Court will be issuing an order on the motions in limine tomorrow morning, but for planning purposes, Mr. Sands should be prepared to testify.

       SO ORDERED.

Dated:     New York, New York
              October 20, 2014

                                                       _____
                                                         KATHERINE B. FORREST
                                                        United States District Judge