

# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806        www.pryorcashman.com

**James A. Janowitz**
Partner

Direct Tel: (212) 326-0873
Direct Fax: (212) 798-6357
jjanowitz@pryorcashman.com

October 24, 2014

**BY ECF AND HAND DELIVERY**

Hon. Katherine B. Forrest
United States District Court – S.D.N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York  10007-1312

    Re:   *Allianz Risk Transfer AG, et al. v. Paramount Pictures Corp.*,
           No. 1:08-CV-10420 (KBF)

We represent the Plaintiffs in the above-referenced action, currently being tried before Your Honor.

As we informed the Court's clerk this afternoon, Plaintiffs consent to bifurcate this trial. In addition, we will be submitting a letter addressing Your Honor's comments at the conclusion of trial yesterday.

Respectfully submitted,

James A. Janowitz

cc:   Richard Kendall, Esq. (via e-mail)
      Allan Arffa, Esq. (via e-mail)
      William L. Charron, Esq.